# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TENNESSEE
### _____ DIVISION

_____ ,                    )
                                             )
_____ ,                    )
                                             )
Marvin Williams #525530,                     )
(Enter above the full name of the plaintiff or  )
Plaintiffs in this action)                   )
                                             )
            vs.                              )        Docket /Complaint No.: _____
                                             )
Core Civic of America     ,                  )        JURY TRIAL DEMANDED
                                             )
Warden Grady Perry        ,                  )
                                             )
_____ ,                    )
(Enter above the full name of the defendant  )
or defendants in this action)                )

pondera

RECEIVED
APR 16 2024
U.S. District Court
Middle District of TN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### UNDER 42 U.S.C. 1983

## I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes: (  )    No: (  )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to previous lawsuit:

    Plaintiff(s): _____ N|A _____

1

Defendant(s): _____N/A_____

2. Court (If federal Court, name the district Court; If State Court, name the County.):

    _____N/A_____

3. Docket Number: _____N/A_____

4. Name of judge to whom case was assigned: _____N/A_____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending or result of the previous lawsuit? For example, was it dismissed, appealed, or still pending? _____N/A_____

6. Approximate date of filing lawsuit: _____N/A_____

7. Approximate date of disposition: _____N/A_____

## II. PLACE OF PRESENT CONFINEMENT: South Central Correctional Facility
P.O. Box 279
555 Forrest Ave
Clifton, Tennessee 38425-0279

A. Is there a prisoner grievance procedure in the institution? Yes: (X) No: ( )

B. Did you present the facts relating to your complaint in the State prisoner grievance

2

procedure?     Yes: (X)        No: ( )

C.    If your answer is yes:

    1.      What steps did you take? Wrote Grievance proving Neglegance

    2.      What was the result? Officers Downing and Gulledge were placed on Leave, Then Fired

D.    If your answer is no, explain why not: N/A

E.    If there is not prisoner grievance procedure in the institution, did you complain to prison authorities  Yes ( )  No ( )

F.    If our answer is yes,

    1.      What steps did you take? N/A

    2.      What was the result? N/A

## III.    PARTIES:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any)

A.    Name of plaintiff(s): Marvin Williams Jr. #625530

Address: 555 Forrest Ave P.O Box 279 Clifton TN, 38425

3

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, position, and places of employment of any additional defendants.)

B.  Defendant: _Warden Grady Perry_ is employed
as _Warden_ at _South Central Correctional Facility_

C.  Additional Defendants: _Alexis Mae Gulledge and Downing Were C/os and employeed At South Central Correctional Facility_

## IV. STATEMENT OF YOUR CLAIM:

State here as briefly as possible, the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Sept 30th 2023 @ Approx. Around Hrs of 16:00 and 17:00 I was handcuffed to the outside Door Handle Through the side Flap. C/o Downing Then stood there after handcuffing me to Door handle and laugh. C/o Gulledge gave and Extra pair of cuffs to make chain Longer. This is cruel and Unusal Punishment. She did not let any higher ADminstration Know the situation and only Then they came when I I/m Williams #525530 started to yell while C/o Downing was on the Radio other officers tried to help, However Ms. Downing intended to hurt me.

## V. RELIEF:

State briefly <u>**EXACTLY**</u> what you want the court to do for you. Make no legal argument, Cite no cases or statutes.

4

To Hold South Central Correctional Facility Accountable for their Actions in Allowing an Officer to Facially Target Me and still Have not Tried to help me or my Injuries I recieved During The Altercation. Compensatory and Punitive Damages to be set by Jury.

I swear (or affirm) under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief. Further, I state these statements are made under the penalty of perjury.

_____
pro-se

STATE OF TENNESSEE )
                   )
COUNTY OF WAYNE    )

**SWORN TO AND SUBSCRIBED** before me

this the _4th_ day of _April_ , 2024

_____
**N O T A R Y   P U B L I C**



## CERTIFICATE OF SERVICE

I _Marvin Williams JR_____, hereby certify that a true and exact copy of the foregoing document has been forwarded to the following individual(s), via pre-paid, first class, United States Postage, and I further certify that I have placed this legal document in this prison's mailing system on this the _28th_ day of _March_____, 2024 with pre-paid postage affixed to:

Respectfully submitted,

_____
, Petitioner

South Central Correctional Facility
555 Forrest Avenue
Clifton, Tennessee 38425-0279

_____
Circuit Court Clerk

_____
_____
_____

_____
Attorney General

_____

10

**CoreCivic**
Stephen Kovach, Chaplain
South Central Correctional Facility
P.O. Box 279
Clifton, TN 38425-0279

Marvin Williams #525580
505 Forrest Ave
Clifton TN 38425



RECEIVED

APR 16 2024

U.S. District Court
Middle District of TN



FIRST-CLASS

US POSTAGE
$ 002.35°

# HB-109

OFFice of the Clerk
United States District Court
801 Broadway Room 800
U.S. Courthouse
Nashville, TN 37203

3-USC 42  1983

"The Department Of Correction/SCCF Has Neither Inspected Nor Censored And NOT Responsible For The Contents"